**Opinion issued August 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————————

## NO. 01-25-00406-CV

—————————————————

**SHI YU FENG, Appellant**

**V.**

**KANG JIE ENTERPRISES, CO. D/B/A JADE GARDEN CHINESE CUISINE, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-43636**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss its appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX.
R. APP. P. 42.1(a)(1).  We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.